IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM J. HUNTER, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | 3:15-CV-0807-G-BK |
| | § | |
| JOHN EAGLE DEALERSHIP, et al., | § | |
|     Defendants. | § | |

## ORDER

Before the Court is Plaintiff's May 7, 2015, *Motion For Leave to File an Amended Complaint*, submitted in response to the Findings, Conclusions and Recommendation of the Magistrate Judge.

In light of Plaintiff's proposed amendment, the *Findings, Conclusions and Recommendation of the Magistrate Judge* [Doc. 13] are **VACATED** and Plaintiff's *Motion For Leave to File an Amended Complaint* [Doc. 17] is **GRANTED.**

The Clerk of the Court is **directed** to file Plaintiff's proposed amended complaint, which is attached to his motion for leave to file.

SIGNED May 28, 2015.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE